CUEVAS, DEMANDANTE Y APELADO, *v.* CARTAGENA, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en un caso de *habeas corpus* reclamando la posesión de una hija.

No. 1170.—Resuelto en julio 24, 1914.

HABEAS CORPUS—PATRIA POTESTAD—CUSTODIA DE MENORES.—A menos que exista justa causa para que se le prive de su derecho de *patria potestad,* la custodia de una niña huérfana de madre, corresponde al padre de la misma.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. M. M. Sama de Atero.*

Abogado del apelado: *Sr. Fernando B. Fornaris.*

Abogados del Pueblo: *Sres. Salvador Mestre, Fiscal del Supremo* y *Jaime Sifre, Jr., Fiscal interino.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

El presente es un recurso de apelación en un caso de *habeas corpus.* En la petición, debidamente jurada, se alega: 1°., que el demandante Juan Cuevas Aboy es padre legítimo de la menor María Luisa Cuevas y Bustamante, nacida el 20 de octubre de 1906, en la ciudad de Ponce; 2°., que el demandante había dejado hacía seis meses a su dicha hija en el domicilio del demandado con objeto de que permaneciera en él hasta que el demandante la reclamara, y 3°., que des-

pués de esa fecha el demandante ha requerido repetidas veces
al demandado para que le devuelva la persona de su referida
hija, habiéndose negado abiertamente a verificarlo. La peti-
ción termina suplicando que se expida un auto de *habeas
corpus* en la forma procedente.

El auto fué expedido y diligenciado, y celebrada la vista en
la que ambas partes ofrecieron y practicaron pruebas, el Juez
de Distrito de Ponce resolvió que la custodia de la niña corres-
pondía al peticionario. Y contra esa resolución de la corte,
se interpuso por el demandado el presente recurso de ape-
lación.

Hemos examinado cuidadosamente las pruebas practica-
das y estamos conformes con la siguiente apreciación que
de las mismas hizo la corte sentenciadora:

"Que la niña María Luisa Cuevas Bustamente tiene siete años de
edad; que no ha sido adoptada por el demandado ni por su esposa;
que el demandante, Juan Cuevas Aboy, tiene sobre la referida niña
la patria potestad, cuyo derecho no ha perdido ni ha sido suspendido
en él. Que la citada niña es sobrina carnal de la esposa del deman-
dado, Sra. Genoveva Bustamante de Cartagena; que vive bajo el
cuidado del demandado y de su esposa desde los primeros días de su
nacimiento, y que allí, donde ahora se encuentra, está bien cuidada,
no es maltratada y es tenida en la misma consideración que una hija
por el demandado Cartagena y su esposa.

"También aparece probado que el demandante, Juan Cuevas
Aboy, después del fallecimiento de su anterior esposa, Doña María
Luisa Bustamante, dejó la niña en poder de su tía carnal, la Sra.
Genoveva de Cartegena, en donde ha estado residiendo continuamente
desde entonces hasta la fecha. Que el demandante, Juan Cuevas
Aboy, ahora ha mejorado de posición y está ocupando el cargo de
catedrático de español en la *high school* de Mayagüez, habiendo recla-
mado del demandado y de su esposa la entrega de la citada niña
en distintas ocasiones, y habiéndose siempre estos últimos negado a
ello, debido sin duda al paternal cariño que profesan a la referida
menor. Que el demandante, Juan Cuevas Aboy, se encuentra en
condiciones económicas que le permiten tener a la menor reclamada
en las mismas condiciones en que hoy se encuentra en casa de los
esposos Cartagena-Bustamante."

Habiendo en consideración los anteriores hechos y la juris-
prudencia y la ley aplicables, es necesario llegar a las con-
clusiones a que llegó el juez de distrito en la resolución recu-
rrida, esto es: que la custodia de la niña María Luisa Cuevas
Bustamante corresponde a su padre el peticionario Juan Cue-
vas Aboy y que el demandado Genaro Cartagena está en la
obligación de entregar inmediatamente dicha niña al refe-
rido padre.    Véanse las decisiones de esta Corte Suprema
en los casos de *Yon* v. *Gómez,* 14 D. P. R., 698, 703, y *Le Hardy*
v. *Acosta,* 18 D. P. R., 450, y los artículos 222 y siguientes del
Código Civil revisado relativos a la *patria potestad.*

Debe confirmarse la resolución apelada.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, Aldrey y Hutchison.